ORIGINAL

Of Counsel:

PAUL ALSTON          1126-0
MEI-FEI KUO          7377-0
ALSTON HUNT FLOYD & ING
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
E-Mail: mkuo@ahfi.com

TOM C. LEUTENEKER    732-0
CARLSMITH BALL LLP
One Main Plaza, Suite 400
2200 Main Street, P.O. Box 1086
Wailuku, Maui, Hawai`i 96793-1086
Tel. No.:     (808) 242-4535
Fax No.:      (808) 244-4974
E-mail:       tcl@carlsmith.com

Attorneys for Plaintiff
  MANDALAY PROPERTIES HAWAII LLC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 19 2005

at 12 o'clock and 46 min. PM SY
SUE BEITIA, CLERK

LODGED

DEC 15 2005
S.Spinay
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

MANDALAY PROPERTIES HAWAII LLC, )

                Plaintiff,       )

        vs.                      )

ISLAND ACCESS COALITION,         )
WILLIAM YOUNG, individually,     )
and DOE DEFENDANTS 1-20,         )
                Defendants.      )
                                 )

CIVIL NO. 03-00711 DAE BAK

**STIPULATION TO EXTEND EXPERT
DISCLOSURE AND DISCOVERY
DEADLINE**

Trial Date: June 14, 2006

**STIPULATION TO EXTEND EXPERT DISCLOSURE AND DISCOVERY DEADLINE**

        IT IS HEREBY STIPULATED by the undersigned parties,

through their respective counsel, that the following deadlines in

the Amended Rule 16 Scheduling Order, filed August 10, 2005, are

extended by agreement:

598163 v1 / 6043-2

1.    Plaintiff's Expert Disclosure is due by February 6, 2006 (extended from December 12, 2005);

2.    Defendant's Expert Disclosure is due by March 6, 2006 (extended from January 11, 2005); and

3.    Discovery Deadline shall be April 30, 2006 (extended from April 14, 2006).

DATED:  Honolulu, Hawai`i, _DEC 1 5 2005_____.

_____
PAUL ALSTON
MEI-FEI KUO
TOM C. LEUTENEKER
Attorneys for Defendant
  MANDALAY PROPERTIES HAWAI`I LLC

_____
SHERYL L. NICHOLSON
PAMELA W. BUNN
Attorneys for Defendant
  WILLIAM YOUNG


APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

Mandalay Properties Hawai`i LLC v. Island Access Coalition; Civil No.
03-00711 DAE BAK; Stipulation to Extend Expert Disclosure and
Discovery Deadline

598163 v1 / 6043-2                    2