Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| NEIL F. HULBERT | 1143-0 |
| MEI-FEI KUO | 7377-0 |

American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
E-Mail: palston@ahfi.com

Attorneys for Plaintiff
  MANDALAY PROPERTIES
  HAWAII LLC

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 19 2006

at 10 o'clock and 8 min. K M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MANDALAY PROPERTIES HAWAII LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ISLAND ACCESS COALITION, WILLIAM YOUNG, individually, and DOE DEFENDANTS 1-100, <br><br> Defendants. | CIVIL NO. 03-00711 DAE BMK <br><br> **CERTIFICATE OF SERVICE** <br><br> (Re: *Plaintiff Mandalay Properties Hawaii LLC's Response to Defendant William Young's First Request for Production of Documents and Things to Plaintiff, dated May 14, 2004*) |

507162-1/6043-2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of *Plaintiff Mandalay Properties Hawaii LLC's Response to Defendant William Young's First Request for Production of Documents and Things to Plaintiff, dated May 14, 2004* was duly served upon the following party on this date, by hand delivery or depositing said copy, postage prepaid, first class, in the United States Post Office, at Honolulu, Hawai'i, as indicated and addressed as set forth below:

|  | MAILED | HAND DELIVERY |
|---|---|---|
| PAMELA W. BUNN, ESQ.<br>Paul Johnson Park and Niles<br>ASB Tower, Suite 1300<br>Honolulu, HI 96813<br><br>Attorney for Defendant<br>  WILLIAM YOUNG | ( ) | ( ✓ ) |

Dated: Honolulu, Hawai'i, APR 1 9 2006

_____
PAUL ALSTON
NEIL F. HULBERT
MEI-FEI KUO
Attorneys for Plaintiff
  MANDALAY PROPERTIES
  HAWAII LLC