Of Counsel:

PAUL ALSTON                1126-0
MEI-FEI KUO                7377-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
E-Mail: palston@ahfi.com

Attorneys for Plaintiff
    MANDALAY PROPERTIES
    HAWAII, LLC

SHERYL L. NICHOLSON        2998-0
PAMELA W. BUNN             6460-0
PAUL JOHNSON PARK & NILES
American Savings Bank Tower
1001 Bishop Street, Suite 1300
Honolulu, Hawai`i 96813
Telephone: (808) 524-1212
E-Mail: pbunn@pjpn.com

Attorneys for Defendant
    WILLIAM YOUNG

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 18 2006

at 2 o'clock and 07 min. P M
SUE BEITIA, CLERK

LODGED

JUN 26 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MANDALAY PROPERTIES HAWAII, LLC, <br><br> Plaintiff, <br><br> vs. | CIVIL NO. 03-00711 JMS BAK <br><br> **STIPULATION OF PARTIES TO STAY PROCEEDINGS AND ORDER.** |

265115-1/6043-2

| | |
|---|---|
| ISLAND ACCESS COALITION, | ) |
| WILLIAM YOUNG, individually, | ) |
| and DOE DEFENDANTS 1-20, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### STIPULATION OF PARTIES TO STAY PROCEEDINGS AND ORDER

IT IS HEREBY STIPULATED by the undersigned Parties, through their respective counsel, that the above-captioned case is stayed pending the resolution of the related case, *County of Kaua'i v. Mandalay Properties Hawaii LLC*, Civ. No. CV-05-00052 DAE BMK ("*County* case"), or until the Parties have mutually agreed to lift the stay upon written notice to the Court.

The Parties have agreed to stay the case and vacate the pending discovery deadlines and the trial date because there are overlapping issues in the *County* case. The trial in the *County* case, which was scheduled for June of 2006, has been vacated by the Court and is expected to be re-scheduled for late 2006 or early 2007. The overlapping issues in the *County* case may affect the extent of discovery and progression of trial preparation in this case. Therefore, the Parties have agreed to stay this case to await the

resolution of those issues, which will promote judicial efficiency and economy.

Accordingly, pursuant to Federal Rules of Civil Procedure Rule 16, all proceedings in this action are stayed and all related Court deadlines, including the trial date, set forth in the "Stipulation and Order to Extend Trial Date and Related Discovery and Trial Deadlines", filed on March 2, 2006, are vacated pending further order of the Court.  The Parties will promptly inform the Court by written notice of any mutual agreements to lift the stay and, thereafter, a status conference will be held with the Court to set the discovery and trial deadlines for this case.

DATED:   Honolulu, Hawaiʻi, _____JUN 26 2006_____.

_____
PAUL ALSTON
MEI-FEI KUO
Attorneys for Plaintiff
   MANDALAY PROPERTIES
   HAWAII LLC

_/s/ signature_
SHERYL L. NICHOLSON
PAMELA W. BUNN
Attorneys for Defendant
WILLIAM YOUNG


APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

**STIPULATION OF PARTIES TO STAY PROCEEDINGS AND ORDER**; *Mandalay Properties Hawaii, LLC vs. Island Access Coalition, et. al.*; Civil No. 03-00711 JMS BMK

265115-1/6043-2                    4