FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 18 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

at ___ o'clock and ___ min. P M
SUE BEITIA, CLERK

| | | |
|---|---|---|
| MANDALAY PROPERTIES HAWAII, LLC, | ) ) ) | CV. NO. 03-00711 JMS BMK |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| ISLAND ACCESS COALITION, WILLIAM YOUNG, individually, and DOE DEFENDANTS 1-20, | ) ) ) ) | |
| Defendants. | ) ) ) | |

ORDER DENYING PARTIES' REQUEST TO STAY PROCEEDINGS
ORDER CONSOLIDATING ACTIONS

On June 26, 2006, this Court received the Parties' Stipulation to Stay

Proceedings. The Parties state that "the overlapping issues in the County [of

Kaua'i v. Mandalay Properties Hawaii LLC, CV No. 05-00052] case may affect

the extent of discovery and progression of trial preparation in this case. Therefore,

the Parties have agreed to stay this case to await the resolution of those issues,

which will promote judicial efficiency and economy." (Stip. ¶2.) After

considering the Parties' Stipulation and reviewing the cases, the Court finds that

the issues and facts are substantially related such that the interests of judicial

economy would be best served by adjudicating the matters together in a consolidated case.

Accordingly, this Court consolidates <u>Mandalay Properties Hawaii LLC v. Island Access Coalition, et al.</u> CV No. 03-00711 and <u>County of Kaua`i v. Mandalay Properties Hawaii LLC</u>, CV No. 05-00052, pursuant to Federal Rules of Civil Procedure, Rule 42.

Accordingly, this Court DENIES the Parties' Request to Stay Proceedings.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 14, 2006.

_____
DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE

<u>ORDER CONSOLIDATING ACTIONS</u>

IT IS ORDERED that the above numbered and entitled actions be, and they are hereby, consolidated into one action, and the orders and proceedings heretofore had in said actions be, and they hereby are, made orders and

2

proceedings in this action, and that this consolidated action shall proceed under the

title of <u>County of Kaua`i v. Mandalay Properties Hawaii LLC</u>, Civil Action

No.05-00052, consolidated and assigned to the Honorable David Alan Ezra.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, _____7·18·06_____.


HELEN GILLMOR
CHIEF UNITED STATES DISTRICT JUDGE



<u>Mandalay Properties Hawaii, LLC, v. Island Access Coalition, et al..</u>, CV No. 03-
00711 JMS-BAK; ORDER DENYING PARTIES' REQUEST TO STAY
PROCEEDINGS; ORDER CONSOLIDATION ACTIONS