JAMES K. TAGUPA                4857
CHRISTIANE L. NAKEA-TRESLER    7409
MICHAEL J. MATSUKAWA           1885
Office of the County Attorney
4444 Rice Street, Suite 220
Līhuʻe, Hawaiʻi  96766
Telephone: (808) 241-6315
Fax: (808) 241-6319
E-mail:  jtagupa@kauai.gov
         cntresler@kauai.gov
         kapulu@msn.com

Attorneys for Plaintiff COUNTY OF KAUAʻI


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I


| COUNTY OF KAUAʻI, | ) | CIVIL NO. CV05-00052 DAE BMK |
| | ) | (Other Civil Action) |
| Plaintiff, | ) | |
| | ) | [CONSOLIDATED CASES] |
| vs. | ) | |
| | ) | |
| MANDALAY PROPERTIES HAWAIʻI LLC, a Hawaiʻi Limited Liability Company; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS, CORPORATIONS, AND/OR OTHER ENTITIES 1-100; DOE GOVERNMENTAL AGENCIES 1-100; | ) ) ) ) ) ) ) ) ) | CERTIFICATE OF COUNSEL

[RE: NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER] |
| Defendants. | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| MANDALAY PROPERTIES HAWAI'I LLC, | ) ) ) | CIVIL NO. 03-00711 JMS BMK |
| vs. | ) ) ) | |
| ISLAND ACCESS COALITION, WILLIAM YOUNG, Individually, AND DOE DEFENDANTS 1-100, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## CERTIFICATE OF COUNSEL

I, LANI D. H. NAKAZAWA, County Attorney, hereby certify that a proposed Notice of Substitution of Counsel and Order was submitted via e-mail to United States Magistrate Judge Barry M. Kurren for approval on the date specified below.

DATED: Līhu'e, Hawai'i, January 9, 2007.

                                       /s/ Lani D. H. Nakazawa
                                       LANI D. H. NAKAZAWA
                                       Withdrawing Counsel