IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| COUNTY OF KAUA`I,<br><br>        Plaintiff,<br><br>   v.<br><br>MANDALAY PROPERTIES HAWAI`I LLC,<br>a Hawai`i limited liability<br>company; JOHN DOES 1-100; JANE<br>DOES 1-100; DOE PARTNERSHIPS,<br>CORPORATIONS AND/OR OTHER<br>ENTITIES 1-100; DOE GOVERNMENTAL<br>AGENCIES 1-100,<br><br>        Defendants.<br>_____<br><br>MANDALAY PROPERTIES HAWAII LLC,<br><br>        Plaintiff,<br><br>   vs.<br><br>ISLAND ACCESS COALITION, WILLIAM<br>YOUNG, individually, and DOE<br>DEFENDANTS 1-100,<br><br>        Defendants.<br>_____ | CIV NO. CV05-00052 KSC<br>(Other Civil Action)<br><br>[CONSOLIDATED CASES]<br><br>**CERTIFICATE OF COMPLIANCE WITH WORD LIMIT**<br><br><br><br><br><br><br><br><br><br><br><br><br>CIVIL NO. 03-00711 JMS-BMK |

**CERTIFICATE OF COMPLIANCE WITH WORD LIMIT**

      I hereby certify pursuant to Local Rule 7.5 of the United States District Court for the District of Hawai`i, that the foregoing *DEFENDANT MANDALAY PROPERTIES HAWAI`I LLC'S REPLY TO PLAINTIFF COUNTY OF KAUAI'S MEMORANDUM IN OPPOSITION TO DEFENDANT MANDALAY PROPERTIES HAWAI`I LLC'S RENEWED AND SUPPLEMENTED MOTION FOR SUMMARY JUDGMENT*, filed herein complies with the applicable word count limitation of 4,500 words, and

635274 v1 / 6043-2

contains 4,498 words, including headings, footnotes, and quotations, but not counting the case caption, table of contents, table of authorities, exhibits, declarations, certificate of counsel, or certificate of service, as determined by the alternate method provided by Local Rules 7.5(b), (d) and (e), using a word count feature of the word processing system, WordPerfect 10 Service Pack 4.

      DATED: Honolulu, Hawai`i, on <u>January 9, 2007</u>.

          <u>/s/ Mei-Fei Kuo</u>
          PAUL ALSTON
          NEIL F. HULBERT
          MEI-FEI KUO
          TOM C. LEUTENEKER
          Attorneys for Defendant
          MANDALAY PROPERTIES HAWAI`I LLC