IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| COUNTY OF KAUA`I,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MANDALAY PROPERTIES HAWAI`I LLC, a Hawai`i limited liability company; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS, CORPORATIONS AND/OR OTHER ENTITIES 1-100; DOE GOVERNMENTAL AGENCIES 1-100,<br><br>　　　　Defendants.<br>_____<br><br>MANDALAY PROPERTIES HAWAII LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ISLAND ACCESS COALITION, WILLIAM YOUNG, individually, and DOE DEFENDANTS 1-100,<br><br>　　　　Defendants.<br>_____ | CIV NO. CV05-00052 KSC<br>(Other Civil Action)<br><br>[CONSOLIDATED CASES]<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br><br><br><br><br><br><br><br>CIVIL NO. 03-00711 JMS-BMK |

**CERTIFICATE OF SERVICE**

　　　　The undersigned hereby certifies that a copy of the above-mentioned document was duly served upon the following parties on this date, by hand delivery, facsimile or depositing said copy, postage prepaid, first class, in the United States Post Office, at Honolulu, Hawai'i, as indicated and addressed as set forth below:

**SERVED ELECTRONICALLY THROUGH CM/ECF:**

| | |
|---|---|
| LANI D.H. NAKAZAWA, ESQ.<br>JAMES K. TAGUPA, ESQ.<br>CHRISTIANE NAKEA-TRESLER, ESQ.<br>JAMES ITAMURA, ESQ.<br>Office of the County Attorney<br>County of Kaua`i<br>Mo`ikena Building<br>4444 Rice Street, Suite 220<br>Lihu`e, HI  96766 | jtagupa@kauai.gov<br>cntresler@kauai.gov |

MICHAEL J. MATSUKAWA, ESQ.                                   kapulu@msn.com
Territorial Center, Suite 201
75-5751 Kuakini Highway
Kailua-Kona, HI  96740

Attorneys for Plaintiffs
  COUNTY OF KAUAI


SHERYL L. NICHOLSON, ESQ.                                   snicholson@pjpn.com
PAMELA W. BUNN, ESQ.
Paul Johnson Park & Niles
ASB Tower, Suite 1300
1001 Bishop Street
Honolulu, HI 96813

Attorneys for Defendant
  WILLIAM YOUNG

Dated:  Honolulu, Hawai‘i,   January 9, 2007


　　　　　　　/s/ Mei-Fei Kuo
PAUL ALSTON
PETER S. KNAPMAN
MEI-FEI KUO
TOM C. LEUTENEKER
Attorneys for Defendant and Plaintiff
  MANDALAY PROPERTIES HAWAI`I LLC