


# LAWS



OF

# HIS MAJESTY KALAKAUA,

KING OF THE HAWAIIAN ISLANDS,

PASSED BY

# THE LEGISLATIVE ASSEMBLY,

AT ITS SESSION,

1880.

*PUBLISHED BY AUTHORITY.*

HONOLULU:
P. C. ADVERTISER CO. STEAM PRINT,
1880.

EXHIBIT 46

Case 1:03-cv-00711-DAE-BMK Document 71-8 Filed 01/09/2007 Page 2 of 5



# CHAPTER XXXIV.

## AN ACT

TO IMPOSE SPECIFIC DUTIES UPON RICE, PADDY AND RAW SUGARS IMPORTED INTO THIS KINGDOM.

*Be it Enacted by the King and the Legislative Assembly of the Hawaiian Islands in the Legislature of the Kingdom assembled:*

SECTION 1. There shall be levied, collected and paid, a duty of two and a half cents per pound upon all Rice imported into this Kingdom, and if the same be in the husk or what is commonly known as paddy, a duty of one and a half cents per pound; and a duty of two and a half cents per pound upon all raw sugars imported into this Kingdom.

SECTION 2. All laws and parts of laws inconsistent with the provisions of this Act are hereby repealed.

Approved on the 14th day of August, A. D. 1880.

KALAKAUA R.

---

# CHAPTER XXXV.

## AN ACT

TO AUTHORIZE THE ISSUANCE OF ROYAL PATENTS FOR SCHOOL LANDS AND SCHOOL SITES SOLD BY THE BOARD OF EDUCATION.

WHEREAS, by Section 1 of an Act entitled "An Act to provide for the better support and greater efficiency for the Public Schools," passed July 9th, A. D. 1850, it is enacted as follows, viz: "Section 1. That there shall be set apart certain lands amounting as nearly as can be ascertained without actual measurement to the One Twentieth part of

[XXIV.

Rice, Paddy and Raw
this Kingdom.

e Legislative Assembly of
gislature of the Kingdom

d, collected and paid, a
nd upon all Rice import-
ame be in the husk or
a duty of one and a half
o and a half cents per
nto this Kingdom.
f laws inconsistent with
repealed.

st, A. D. 1880.

KALAKAUA R.

[XV.

l Patents for School
Board of Education.

itled "An Act to pro-
ater efficiency for the
D. 1850, it is enacted
here shall be set apart
as can be ascertained
One Twentieth part of



all the lands now belonging to the Government, not otherwise appropriated, for the general purposes of education."

And whereas, by Section 2 of the said Act it is enacted as follows: "Section 2. It shall be the duty of the Minister of Public Instruction in consultation with the Minister of the Interior to designate said lands which designation when approved by the Privy Council shall be valid."

And whereas, by Section 3 of the said Act, it is enacted as follows, viz: "Section 3. The Minister of Public Instruction shall be authorized to dispose of said lands for the purpose above mentioned, either by sale, lease, or otherwise, as in his judgment and that of the King's Cabinet, shall best subserve the interests of education on the Islands."

And again, in Section 32 of an Act entitled "An Act to repeal Chapter 10 of the Civil Code, and to regulate the Bureau of Public Instruction," approved January 10th, A. D. 1865, it is enacted as follows, viz: "Section 32. The Board of Education is hereby authorized to dispose by sale, lease, or otherwise, of any of the lands which have been or hereafter may be set apart for the general purposes of education."

And whereas, in pursuance of the provisions of Sections 1 and 2 above recited, of the Act of July 9th, 1850, before mentioned, the Minister of Public Instruction in consultation with the Minister of the Interior, did designate and set apart for the general purposes of education, certain lands and school sites which, approved by the Privy Council on the 23rd day of December, A. D. 1850, in the following Resolution, viz: "*Resolved*, That in accordance with Section first of the late School Act, to provide for the better support and greater efficiency of the public schools, the following lands be, and are hereby appropriated for the general purposes of education on the Islands, to be disposed of as provided in said Act. And all lands now occupied by the Government Schools and known as having been appro-

priated to their use, either by individuals, chiefs, or by the Government;"

AND WHEREAS, owing to changes of population and of centres of industrial and agricultural pursuits throughout the country, it has become necessary in many cases to exchange the former original school sites for sites better adapted for present school purposes;

AND WHEREAS, many of the sites so exchanged are in localities where their use for the permanent improvement of contiguous property is essential, and the necessity for a perfect title to them, therefore apparent; therefore,

*Be it Enacted by the King and the Legislative Assembly of the Hawaiian Islands, in the Legislature of the Kingdom assembled:*

SECTION 1. That the Board of Education shall be and is hereby authorized to make requisitions, in writing, on the Minister of the Interior for the issuance of Royal Patents to the said Board, or to such grantees as the said Board shall name in its requisitions for such school lands, school sites, or school reserves as it shall, from time to time, dispose of under the provisions of existing statutes relating thereto.

SECTION 2. Royal Patents signed by the King and countersigned by the Minister of the Interior, shall issue under the Great Seal of the Kingdom to the Board of Education or to such grantees as the said Board shall name in its requisitions on the Minister of the Interior for such school lands as it shall, from time to time, dispose of and as shall have been set apart and designated as such by the resolution of the Privy Council of December 23d, A. D. 1850, or by any subsequent Act or authority and also for all original school sites and school reserves as shall have been set apart and surveyed as such, and as shall have been approved by the Minister of Public Instruction and the Minister of the Interior, pursuant to the provisions of the School Act of July 9th, A. D. 1850,

individuals, chiefs, or by

f population and of cen-
l pursuits throughout the
y in many cases to ex-
ol sites for sites better
es;
exchanged are in loca-
rmanent improvement of
and the necessity for a
parent; therefore,

*gislative Assembly of the
ture of the Kingdom as-*

lucation shall be and is
tions, in writing, on the
nce of Royal Patents to
s the said Board shall
ol lands, school sites, or
ne to time, dispose of
tes relating thereto.
by the King and coun-
terior, shall issue under
Board of Education or
all name in its requisi-
for such school lands as
and as shall have been
the resolution of the
D. 1850, or by any sub-
all original school sites
set apart and surveyed
ved by the Minister of
the Interior, pursuant
July 9th, A. D. 1850,



before mentioned, or by any subsequent Act or authority relating thereto.

SECTION 3. This Act shall become law and take effect from and after the date of its approval.

Approved this 13th day of August, A. D. 1880.

KALAKAUA R.

---

## CHAPTER XXXVI.

### AN ACT

RELATING TO CORPORATIONS AND INCORPORATED COMPANIES ORGANIZED UNDER THE LAWS OF FOREIGN COUNTRIES AND CARRYING ON BUSINESS IN THIS KINGDOM.

*Be it Enacted by the King and the Legislative Assembly of the Hawaiian Islands, in the Legislature of the Kingdom assembled:*

SECTION 1. Every corporation or incorporated company, formed or organized under the laws of any foreign State, which may be desirous of carrying on business in this Kingdom and to take, hold and convey real estate therein, shall file in the office of the Minister of the Interior.

1. A certified copy of the charter or Act of incorporation of such corporation or company.

2. The names of the officers thereof.

3. The name of some person upon whom legal notices and process from the courts of this Kingdom may be served.

4. An annual statement of the assets and liabilities of the corporation or company in this Kingdom on the first day of July in each year.

5. A certified copy of the by-laws of such corporation or company.