for arrears of rent or pending breach of covenant. And the said lessee covenants and agrees with the said lessor and his representatives, that he and they performing the covenants herein contained, on his and their part to be performed, shall peaceably hold and enjoy the said demised premises without hindrance or interruption by the said lessor, or any other person or persons whomsoever. In witness whereof the said parties have hereunto interchangeably set their hands and seals this fifth day of March one thousand eight hundred and fifty six.

John Ely
Wm. M. Fuller

Personally appeared before me John Ely and Wm. M. Fuller and acknowledged they had executed the foregoing instrument for the uses and purposes therein set forth.

B. Pitman
Agent for taking acknowledgments
for the Island of Hawaii

Hilo, March 5, 1856

Recorded & compared this 18th day of March A.D. 1856 at 3 o'clock P.M.

W.A. Cooper
Depy Register Conveyances

## Pres't of Board of Educat'n to P. Hegarty.
### Deed

This Indenture, made this twenty eighth day of May, in the year eighteen hundred and fifty six, between Richard Armstrong, President of the Board of Education of the Hawaiian Islands, being by operation of law successor of the Minister of Public Instruction, and for and on behalf of the said Board, of the first part and Pierce Hegarty, of the second part. Witnesseth, That the said party of the first part, for and in consideration of the sum of four dollars to him in hand paid by the said party of the second part, the receipt of which is hereby acknowledged, and for divers other good and valuable considerations, has bargained, sold and quit claimed, and by these presents does bargain, sell and quit claim unto the said Pierce Hegarty and to his heirs and assigns, for ever all the right, title, interest, claim or demand, in law or in equity, in possession or expectancy, of the said party of the first part, of, in or to all that certain piece or parcel of land described as Apana or Lot 1st in a certain indenture of mortgage executed by W. Ackerman to Richard Armstrong, Minister of Public Instruction on the nineteenth day of August eighteen hundred and fifty five, and recorded in the office of the Register of

EXHIBIT 47

510

fuller Conveyances in Liber 1 of Mortgage Deeds pages 591 & 592 and known by the following boundaries: Beginning at the East corner of this lot, run N 45° W. 1 chain 12½ feet along Thompson's lot to the lot of Pin. thence S 42° W. 1 chain 7/10 feet to Hotel Street. Thence S 45° E. 1 chain 7/10 feet along Hotel Street to Kaahumanu's lot. Thence N 45° E. 1 chain 15 4/10 feet to place of beginning. Together with all and singular, the hereditaments and appurtenances thereunto belonging. In Witness whereof, the said party of the first part hath hereunto set his hand and seal the day and year first herein above written.

          R. Armstrong
          Pres. Board of Education

Personally appeared before me Richard Armstrong and acknowledged that he executed the foregoing for the purposes therein set forth.

          W. A. Cooper
          Dpty Registrar Conveyances

Recorded & compared this 29th day of May A.D. 1856 at 2 oclock P.M.

          W. A. Cooper
          Dpty Registrar Conveyances

BOOK 7   PAGE 1 - 599

## P. Hegarty  to  J. C. Bullions
### Deed

Know all men by these presents, that I Pierce Hegarty of Honolulu Oahu, Hawaiian Islands by my Attorney Thomas Cummings of the same place, for and in consideration of the sum of Two Thousand four hundred and fifty dollars, to me paid by John C. Bullions of the same place, the receipt of which is hereby acknowledged, have granted bargained sold and conveyed, and by these presents do grant bargain, sell and convey unto the said Jno. C. Bullions, his heirs, executors, administrators and assigns forever all my right, title and interest in and to certain premises situated in Kaahumanu Street in Honolulu aforesaid, former known as Sens' Auction premises and described in a conveyance made and executed by A. B. Howe to me the said Hegarty and S. Sea, as by reference thereto will more fully appear and which is duly recorded in Liber 5, on pages 189 &c. To have and to hold all and singular my right title and interest to the said premises, together with all the appurtenances to the same in any way belonging with this my covenant of warranty and lawful Seizers to the said John C. Bullions, his heirs or assigns for ever.