terms of said note. But if default be made in the payment of the principal or interest of said note, then the party of the second part, his heirs, executors, administrators or assigns are hereby empowered to sell the premises above described or any part thereof in the manner prescribed by law & out of the money arising from such sale, to retain the said principal and interest together with the costs & charges of making such sale & the surplus if any there be shall be paid by the party making such sale to the aforesaid party of the first part, his heirs, executors, administrators or assigns. In witness whereof, the said party of the first part hath hereunto set his hand & seal the day & year first herein above written.

W. H. Pease

Register Office, Oahu, December 27th 1858. Personally appeared before me this day W. H. Pease, party to the foregoing instrument & acknowledged that he had executed the same for the uses & purposes therein set forth.

Thomas Brown, Deputy Register of Conveyances

Rec'd & Comp. this 11th day of January A.D. 1859 at ½ past 3 o'clock P.M.

Thomas Brown, Deputy Register of Conveyances

## Prest. of Board of Education to Wm. Webster
### Deed

Know all men by these presents, that R. Armstrong, President of the Board of Education of the Hawaiian Government in pursuance of a resolution of the Board of Education of the 21st Dec'r. 1858 & in accordance with the laws of the Hawaiian Kingdom, in consideration of the sum of Two Thousand Dollars to me in hand paid by William Webster, the receipt of which I do hereby acknowledge, do by these presents, give, grant, bargain, sell & convey unto the said Wm. Webster & to his heirs & assigns for ever, all that lot of land situated in Honolulu, known as the "Old Royal School Premises" being awarded to the Hawaiian Government on the 9th day of October 1852. by award No. 3708 & bounded as follows. "Beginning at the South corner of this lot, where it joins the lot of John Ii & running North 37° East 86½ feet by lot of John Ii & William to angle, thence N 41° 30' E 134 feet along the lot of said William to mauka East corner of this lot, thence N 33° 45' W 285 feet along the lot of Kapahukepau, Pale & C Hanaina, to North corner of this lot, thence S 44° W 286 feet by lot of Kapahukailo, Queen Dowager to Palace Walk, thence S 47° East 292 feet along the mauka side of Palace Walk to point of beginning. containing one acre & six tenths more or less. together with all & singular the hereditaments & appurtenances thereunto belonging, or in any wise appertaining. To have & to hold the above conveyed premises & all the tenements & hereditaments situated thereon unto the said William Webster his heirs, executors, administrators & assigns forever. In witness whereof I the said R Armstrong have hereunto set my hand & seal this 7th day of January 1859.

Richard Armstrong
President of the Board of Education

EXHIBIT 48

STATE OF HAWAII
BUREAU OF CONVEYANCES

BOOK 11
PAGE 1--560

259

Register Office, Oahu S. January 11th 1859. Personally appeared before me Richard Armstrong & acknowledged that he executed the foregoing Deed for the purposes therein stated.

Thomas Brown Deputy Registrar of Conveyances

Rec'd & Comp'd this 11th day of January A.D. 1859 at 4 O'clock P.M.

Thomas Brown Deputy Registrar of Conveyances

Wm. Webster     to     Pres't. of Board of Education
                Mortgage Deed

Know all Men by these presents that I, William Webster of Honolulu for & in consideration of the sum of One dollar to me paid in hand by Richard Armstrong President of the Board of Education the receipt whereof I hereby confess & acknowledge, have granted, bargained, sold, remised, released, aliened & confirmed & by these presents do grant, bargain, sell, remise, release, alien & confirm unto the said Richard Armstrong & to his Successors in Office, all that certain piece of land situate in Honolulu in the Island of Oahu Hawaiian Islands known as the "Old School Royal Premises" and bounded as follows viz.— "Beginning at the South corner of this lot where it joins the lot of John Ii & running N. 37° E. 86½ feet by lot of John Ii & Williams to an L, thence N. 41° 30' E. 134 feet along the lot of said William to marks last corner of this lot, thence N. 33° 45' W. 285 feet along the lot of Kapahukapu, Pale & Hanaing to north corner of this lot, thence S. 44° W. 186 feet by lot of Kapahukaili Queen Dowager to Palace Walk, thence S. 47° E. 292 feet along the mauka side of Palace Walk to point of beginning & containing one acre & six tenths more or less.—

To have & to hold the said above described premises together with all and singular the tenements, hereditaments & appurtenances thereunto belonging to the said Richard Armstrong & to his Successors in Office for ever.—

This Conveyance is intended as a Mortgage to secure the payment of a certain Note of hand of even date herewith drawn by His Majesty Kamehameha IV in favor of R. Armstrong President of the Board of Education for the sum of Two Thousand Dollars with interest payable one year after date, the interest payable half yearly & if the said note principal & interest is paid as specified then this conveyance shall become void & the estate hereby granted shall cease & utterly determine. But in case default shall be made in the payment of the principal or interest as above provided then the said R. Armstrong or his Successors in Office are hereby empowered to sell the premises above described with all and every of the appurtenances or any part thereof in the manner prescribed by law & out of the money arising from such sale to retain the said principal & interest together with the costs & charges of making such sale & the overplus if any there be, shall be paid by the party making such sale on demand to the party of the first part, his heirs or assigns.— In Witness whereof I have hereunto set my hand & seal this 7th day of January A.D. 1859.

Wm. Webster

BOOK 11
PAGE 1--560