258

haawi mai o Revd. J S Emerson iloko o ko maua lima kanahikukumamaono me 75/100 dala, elike me ka hai ana o keia palapala. Nolaila ua lilo aku ia ia ua wahi aina la, a me na mea paa a pau e waiho ana maluna iho ona, a me na mea e pili pono ana, a maluna o maua ka hoomalu ana i keia lilo ana. Ke kue mai kekahi me ka hoole i ko maua kuleana, i lilo loa ia Revd J S Emerson, nona, a me kona mau hooilina a me kona hooke kauoha, a me na waihona, a i ka manawa pau ole – Ua ae olueolu mai ko Kalakua wahine i keia kuai ana. A no ka oiaio o keia na kakau makou i ko makou mau inoa, a kau hoi i ko makou mau kila i keia la 29 o Okatoba 1860

Kalakua     0
Kapa        0
Kahoohulimoku 0

Register Office Oahu T. I. On this 29th day of October AD 1860 personally appeared before me Kalakua his wife Kapa & Kahoohulimoku, parties to the foregoing instrument Severally acknowledged that they executed the same for the uses & purposes herein set forth. And the said Kapa on a private examination seperate & apart from her husband declared that she executed the same of her own free will & without fear or compulsion of her husband

Thomas Brown Registrar of Conveyances

Recd & Compd. this 29th day of October AD 1860 at 10 minutes past 3 oclock PM

Thomas Brown Registrar of Conveyances

V Kaahumanu & M Kekuanaoa to D Burns
Warranty Deed

E ike auanei na kanaka a pau ma keia palapala, ke noho nei Owau o Victoria K Kaahumanu, a me M Kekuanaoa kahu malama waiwai, e noho ana ma Honolulu, ma ka Mokupuni Oahu ko Hawaii Paeaina no ka loaa ana mai iloko o ko maua lima na Mr D Burns mai na Dala he Hanese a me Kumamalua i kumu kuai no ko maua apana aina e waiho ana ma Kaakopua i Honolulu, nolaila ua kaua kuai aku, haawi lilo, hoolilo loa, a ma keia palapala, ke haawe nei kuai lilo, a hoolilo loa aku ia Mr D Burns, a me kona mau ho ilina a me kona mau hope, a me kona mau hooko kauoha a me na loio no pono waiwai hooilina, no ka manawa pau ole, i Kela apana aina a pau e waiho ana ma Kaakopua ma Honolulu ma ka Mokupuni Oahu penei na palena o ia apana aina. – Akau maloko 78 Kap. Hikina, Hapau 51 Kap. Hem. Alanui 82 Kapuai Kom. Waole Kamana 48 Kapuai. O kona ili 3/10 Eka. a oi iki aku a emi iki mai paha, e lilo pu me na mea apau maluna iho, a me na mea apau e pili ana i ua wahi la. Oia ka maua e hoolilo aku nei ia Mr D Burns a me kona mau hooilina, na hooko kauoha, a me kona mau ho oponopono waiwai hooilina, a i ka manawa pau ole, a ma keia palapala. Ke lilo

BOOK 13
PAGE 1 - 460

EXHIBIT 49

259

oiaio nei maua, ina e kue mai kekahi a hoole paka i keia lilo ana, a
kai poho paka ma ke Kanawai maluna o maua a me ko maua mau hooi-
lina, hooko Kauoha, a me na hooponopono waiwai hooilina mahope o maua
Kauku ana, ae paa mau loa aku no keia Kuai ana, a me keia hoolilo ana
ia Mr. D. Burns a i kona mau hoilina, na hooko Kauoha, a me kona mau
hooponopono waiwai hooilina a i ka manawa pau ole. I hoike no
keia, na kakau i ko maua mau inoa me ko maua mau lima iho, a na hoo-
pili pu iho hoi i ko maua mau Sila ma Honolulu, Oahu, ko Hawaii Paeaina
i keia la 23 o October M H 1860

Sila ia a haawi lilo ia me ka     Kaahumanu     O
ike maka pu ana mai o     M. Kekuanaoa & also     O
Thomas Brown     as President of the Board of Education

[diagram of lot labeled 7/10 Eka, with boundaries: Maloko, 78 Kapuai, 51 Kapuai, 12 Kapuai, a Kapuai Alanui]

Honolulu, Oahu S. On this 29th day of October A.D. 1860 personally ap-
peared before me V. Kaahumanu & M. Kekuanaoa, and M. Kekuanaoa
as President of the Board of Education & severally acknowledged that they
executed the foregoing instrument for the uses & purposes therein set forth.
    Thomas Brown Registrar of Conveyances
Recd & Comp'd this 29th day of October A.D. 1860 at 40 minutes past 11 o'clock P.M.
    Thomas Brown Registrar of Conveyances

## Benjamin Pitman     To     Louis Maigret
### Warranty Deed

Know all Men by these presents, that I, Benjamin Pitman of Piihonua
Hilo, Hawaii, Hawaiian Islands, for & in consideration of the sum of
Five Hundred Dollars, to me in hand paid by Bishop Louis Maigret
of Honolulu, Oahu, Hawaiian Islands, the receipt of which is hereby
acknowledged, do grant, bargain, sell & by these presents convey unto
the said Bishop Louis Maigret of Honolulu aforesaid & to his heirs
executors, administrators & assigns forever all that certain lot of land
situate in Hilo aforesaid & described as follows.

"Commencing at a rock marked No. 2 & 3 on the North side of
King Street — thence N 32° W 240 feet to a rock marked No. 2 & 3 — thence
S 48° 15' W 232 feet to a rock marked No. 3 for the N.W. corner of the
Mission Lot — thence along the North boundary of said lot to a rock

STATE OF HAWAII
BUREAU OF CONVEYANCES
RECEIVED FOR RECORD

PAGE 1 - 460