10

declared that she executed the same without any fear or compulsion of her husband

Naniwiwoli }
January 11th 1862

Jacob Hardy
Circuit Judge 4th Judicial District H.I.

Rec'd stamp'd this 21st day of January A.D. 1862 at 10 o'clock A.M.
Thomas Brown, Registrar of Conveyances

## Kekuanaoa & Kapoli To Board of Education
### Exchange of Land

This Indenture made & entered into this first day of May A.D. Eighteen Hundred & Sixty One, by & between M. Kekuanaoa & Kapoli of Honolulu, Island of Oahu, of the first part. And the Board of Education of the Hawaiian Islands of the second part witnesseth. that the said M. Kekuanaoa & Kapoli do hereby give grant & convey unto the said Board of Education its Successors & assigns. All that certain piece & parcel of Land situated in Honolulu aforesaid & bounded & described as follows. "Beginning at South corner of Old Charity School House Lot and running thence N 47° 45' E 1.03 chains, along land of M. Kekuanaoa thence N 43° W 1.53 chains along land of Kauaina to lane leading to old Charity School House thence S 46° W 0.95 chains along said lane to South side of gate road opening into said School Lot — thence along said School Lot S 43° 15' W 1.50 chains to point of beginning & containing 15/100 of an Acre" for & in exchange of all that piece & parcel of Land situated on Fort Street, Honolulu adjoining the premises of Daniel Busax the same being known as a portion of the School Lands. To have & to hold the same with all the rights, privileges & appurtenances to the same belonging unto the said Board of Education its Successors & assigns forever.

And the said Board of Education doth hereby give grant & convey unto the said M. Kekuanaoa & Kapoli their heirs & assigns All that piece & parcel of Land situated on Fort Street, Honolulu adjoining the premises of Daniel Busax the same being known as a portion of the School lands for & in exchange of all that piece & parcel of Land conveyed as herein before set forth to the said Board of Education its successors & assigns. To have & to hold the same unto the said M. Kekuanaoa & M. Kapoli their heirs & assigns with all the rights, privileges & appurtenances to the same belonging.

And the parties aforesaid mutually covenant & agree, that the premises described as aforesaid are free from all incumbrances that they have good right to convey the same & that they will warrant & defend the same against the lawful claims & demands of all persons. And the said Kapoli in consideration of the sum of One dollar to her paid the receipt of which is hereby acknowledged & for other good considerations

BOOK 15 - 460
PAGE 1

EXHIBIT 50

STATE OF HAWAII
BUREAU OF CONVEYANCES
RECEIVED FOR RECORD

BOOK 15
PAGE 1 - 460

to her moving) doth hereby release, assign, & quit claim unto the said M Kekuanaoa his heirs & assigns - all her right, title and interest in & to all that piece & parcel of Land situated on Fort Street Honolulu & more particularly described in the Deed herein before set forth - In witness whereof the said parties have hereunto set their hands & seals the day & year first above written.

                                M Kekuanaoa  O
                                Kapoli  O
                                M Kekuanaoa  O
                                Pres. Board of Education

Register Office Oahu S.S.  On this 21st day of January A.D. 1862 personally appeared before me, M Kekuanaoa & Kapoli, and M Kekuanaoa as President of the Board of Education, and severally acknowledged that they executed the foregoing instrument for the uses & purposes therein set forth.
                       Thomas Brown  Registrar of Conveyances

Rec'd & Comp'd this 21st day of January A.D. 1862 at 12 o'clock at noon
                       Thomas Brown  Registrar of Conveyances

## Kauwe    To    G Gilbreath
### Lease

This Indenture of Lease witnesseth, that I, Kauwe of Honolulu Oahu, do hereby lease unto George Gilbreath of Hoolau, Oahu, all those pieces & parcels of Land situated in Kaaloa, Hoolau-poko, Oahu, & more particularly described in Royal Patent No 4832 granted to me to which reference may be had for description of boundaries —

| | | | |
|---|---|---|---|
| Apana 1 | containing | 15/100 | Acre |
| Apana 2 | " | 1/10 | " |
| Apana 3 | " | 65/100 | " |
| Apana 4 | " | 25/100 | " |

To hold the same for the term of Ten Years from the twenty second day of January A.D. eighteen hundred & Sixty two - provided the said Gilbreath shall pay the rent as herein after provided & shall pay whatever taxes may be assessed upon the Land - The said Gilbreath promises to pay Three dollars per annum as the rent of the said land to be paid at the end of each year - the first three years rent to be paid in advance of Nine dollars - And it is hereby agreed that in case the said rent should not be paid as aforesaid the said Kauwe his representatives & assigns shall have the right to enter upon the Land & possess the same - And the said Gilbreath promises to pay the rent & to surrender & deliver up the premises to the said Kauwe