IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| COUNTY OF KAUA`I, ) | CIV NO. CV05-00052 KSC |
| ) | (Other Civil Action) |
| Plaintiff, ) | |
| ) | [CONSOLIDATED CASES] |
| v. ) | |
| ) | **CERTIFICATE OF COMPLIANCE WITH** |
| MANDALAY PROPERTIES HAWAI`I LLC,) | **WORD LIMIT** |
| a Hawai`i limited liability ) | |
| company; JOHN DOES 1-100; JANE ) | |
| DOES 1-100; DOE PARTNERSHIPS, ) | |
| CORPORATIONS AND/OR OTHER ) | |
| ENTITIES 1-100; DOE GOVERNMENTAL) | |
| AGENCIES 1-100, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| MANDALAY PROPERTIES HAWAII LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ISLAND ACCESS COALITION, WILLIAM) | |
| YOUNG, individually, and DOE ) | |
| DEFENDANTS 1-100, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**CERTIFICATE OF COMPLIANCE WITH WORD LIMIT**

      I hereby certify pursuant to Local Rule 7.5 of the United States District Court for the District of Hawai`i, that the foregoing **DEFENDANT MANDALAY PROPERTIES HAWAIʻI LLC'S OPPOSITION TO *PLAINTIFF COUNTY OF KAUA`I'S SEPARATE AND CONCISE STATEMENT OF FACTS IN OPPOSITION TO DEFENDANT MANDALAY PROPERTIES HAWAI`I LLC'S RENEWED AND SUPPLEMENTED MOTION FOR SUMMARY JUDGMENT FILED NOVEMBER 30, 2006*, FILED ON JANUARY 2, 2007,** filed

635266 v1 / 6043-2

herein complies with the applicable word count limitation of 1,500 words, and contains 735 words, including headings, footnotes, and quotations, but not counting the case caption, table of contents, table of authorities, exhibits, declarations, certificate of counsel, or certificate of service, as determined by the alternate method provided by Local Rules 7.5(b), (d) and (e), using a word count feature of the word processing system, WordPerfect 10 Service Pack 4.

DATED: Honolulu, Hawai`i, on ,   January 9, 2007

```
  /s/ Mei-Fei Kuo
PAUL ALSTON
NEIL F. HULBERT
MEI-FEI KUO
TOM C. LEUTENEKER
Attorneys for Defendant
  MANDALAY PROPERTIES HAWAI`I LLC
```