OF COUNSEL:

PAUL ALSTON                1126-0
NEIL F. HULBERT            1143-0
MEI-FEI KUO                7377-0
ALSTON HUNT FLOYD & ING
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
E-Mail: palston@ahfi.com

TOM C. LEUTENEKER         732-0
CARLSMITH BALL LLP
One Main Plaza, Suite 400
2200 Main Street, P.O. Box 1086
Wailuku, Maui, Hawai`i  96793-1086
Tel. No.:       (808) 242-4535
Fax No.:        (808) 244-4974
E-mail:  tcl@carlsmith.com

Attorneys for Plaintiff
     MANDALAY PROPERTIES HAWAII LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| COUNTY OF KAUA`I,                                )<br>                                              )<br>          Plaintiff,                         )<br>                                              )<br>     v.                                      )<br>                                              )<br>MANDALAY PROPERTIES HAWAI`I LLC,)<br>a Hawai`i limited liability                  )<br>company; JOHN DOES 1-100; JANE                )<br>DOES 1-100; DOE PARTNERSHIPS,                )<br>CORPORATIONS AND/OR OTHER                    )<br>ENTITIES 1-100; DOE GOVERNMENTAL)<br>AGENCIES 1-100,                              )<br>                                              )<br>          Defendants.                        )<br>_____  )<br>                                              )<br>MANDALAY PROPERTIES HAWAII LLC, )<br>                                              )<br>          Plaintiff,                         )<br>                                              )<br>     vs.                                     )<br>                                              ) | CIV NO. CV05-00052 KSC<br>(Other Civil Action)<br><br>[CONSOLIDATED CASES]<br><br>**ERRATA TO EXHIBIT "4" OF DEFENDANT MANDALAY PROPERTIES HAWAI`I LLC'S RENEWED AND SUPPLEMENTED MOTION FOR SUMMARY JUDGMENT, FILED NOVEMBER 30, 2006; EXHIBITS "A"-"B"; CERTIFICATE OF SERVICE.**<br><br><br><br>CIVIL NO. 03-00711 BMK DAE |

635189 v1 / 6043-2

```
ISLAND ACCESS COALITION, WILLIAM)
YOUNG, individually, and DOE    )
DEFENDANTS 1-100,               )
                                )
          Defendants.           )
_____)
```

**ERRATA TO EXHIBIT "4" OF DEFENDANT MANDALAY PROPERTIES HAWAI`I LLC'S RENEWED AND SUPPLEMENTED MOTION FOR SUMMARY JUDGMENT, FILED NOVEMBER 30, 2006**

On November 30, 2006, Defendant Mandalay Properties Hawaiʻi LLC ("Mandalay") filed a Renewed and Supplemented Motion for Summary Judgment ("Motion").  In support of its Motion, Mandalay attached as Exhibit "4", a Deed by and between R. Armstrong, the President of the Board of Education, and the Trustees of Oahu College, dated on January 30, 1860 and recorded on April 3, 1860 in Liber 12, Page 400 ("Board of Education Deed").  A typed version of the handwritten original deed was attached to that exhibit for the Court's convenience.

This errata is submitted to correct the typed version of the Board of Education Deed, which incorrectly stated that the deed was "in accordance with Section 949 of the Civil Code."  *See* Exh. "4" to Motion at 1.  The section of the code referenced in the deed is "Section 749", which is corrected in the typed version attached hereto as Exhibit "A".

The reference to "Section 949" was a typographical error.  First, the handwritten original of the Board of Education Deed stated "Section 749".  *See* Exh. "4" to Motion.  Moreover, Section 949 is irrelevant to the conveyance of School Lands, instead, it pertained to summary proceedings to recover

possession of land in cases related to the non-payment of rent. *See* Exh. "B", attached, Article XL of "The Civil Code of the Hawaiian Islands" §949 (1859).

Dated:  Honolulu, Hawai'i, <u>January 9, 2007</u>.

                        <u>     /s/   MEI FEI KUO                </u>
                        PAUL ALSTON
                        NEIL F. HULBERT
                        MEI-FEI KUO
                        TOM C. LEUTENEKER
                        Attorneys for Defendant and Plaintiff
                          MANDALAY PROPERTIES HAWAI`I LLC