*Corrected Typed Version*

Liber 12, Page 400

### President of the Board of Education to Trustees of Oahu College

Know all men by these presents, that I, Richard Armstrong, President of the Board of Education of the Hawaiian Government, by and with the advice and consent of said Board and in accordance with Section 749 of the Civil Code, for and in consideration of the sum of one dollar to me in hand paid and the futher carrying out of the design of His Majesty's Government, to and in establishing and conducting an institution of learning in which the various branches of a liberal education shall be taught and for the further accomplishment of said purposes the right being by Charter to His Majesty, the King to appoint two members of the Corporate Body, known by the name of the Trustees of Oahu College, subject to the condition specific in Article Nine of said Charter, have granted, bargained, sold and conveyed and by their presents, do grant, bargain, sell and convey unto the Trustees of Oahu College, the following Lands being a part of the Government Lands appropriated by law to Educational purposes, the net rents, issues and profits of said Lands to be used by said Corporation for the sole benefit of said College, or in case said Lands on any part of them shall be sold, the net avails to constitute a part of the endowment of said institution and the yearly interest only, to be used for the benefit of the same.  The Lands are as follows: "<u>Hamakuapoko</u>" situated on the Island of Maui and bounded as follows: "Beginning at a stake near two grass houses on the seashore at the North West corner of this district adjoining Wailuku and running South 59° 30' East 352 66/100 chains along the district of Kula to stone corner,

507150-1/6043-2



**EXHIBIT A**

on the north side of Haliimaele - xxxxxxxxxx thence North 43° 25' East 34 29/100 chains along Haliimaele to stone and wiliwili tree - thence North 37° 21' East 40 23/100 chains along Haliimaele to stone - thence North 58° 30' East 15 22/100 chains along Haliimaele to the bottom of Maliko gulch - thence along the bottom of said gulch, which is the boundary between Hamakualoa and this district - North 26° 15' East 6 97/100 chains - thence, North 2° West 27 55/100 chains, thence North 36° 45' West 23 chains - thence North 14° East 5 88/100 chains - thence North 1° West 9 27/100 chains - thence North 32° 45' West 15 94/100 chains - thence North 17° 27 West 46 04/100 chains to the North West corner of Mr. Boardman's lot - where the boundary between this district and Hamakualoa leaves the gulch - thence North 66° 30' West 37 35/100 chains along Hamakualoa - thence North 40° West 112 03/100 chains along the same - thence North 37° 30' West 49 18/100 chains along the same to the bottom of a small gulch at the sea shore - thence along the sea shore to point of beginning and containing an area of 5628 acres more or less. Also the Land called "Aliomanu" situated on the Island of Kauai and bounded as follows: "Beginning at a marked Rock on the face of the knoll called Akauholua on the Papaa boundary near the mouth of the valley and running North 72° East 100 85/100 chains along the boundary of Papaa to a point within five chains of waterline at the beach - thence South 14° 30' East 23 ½ chains at a distance of 5 to 15 chains from waterline along the beach to head of a ravine - thence South 40° East 45 20/100 chains down the bank of Aliomanu Valley along the beach at the head of bay to the edge of grass Land at Kalaeohuaehu to point South 34/100 chains mauka of mauka side of a pile of rocks named Kuaehu, at base of promentory on the Anahola boundary - thence South 66° West 81 55/100 chains to the

top of a Koa ridge called Kapoho, a low piece of bottom land in ravine, makai and a deep ravine mauka, the line runs round the ridge nearly in a semi circle to the ridge of mountain called Lilihikaumaka up which the line runs to a point where it intersects the boundary line of Anahola on the top of the mountain, from the point above mentioned on top of Koa ridge, the continuation of the above line runs South 66° West forming a chord of the semicircle strikes the opposite side of the arc on the face of Lilihikaumaka at a distance of 19 40/100 chains - thence North 30° 45' West 78 chains along the face of the mountain to place of beginning, containing an area of 698 acres more or less".

Also the Land called "Papaa" situated on the Island of Kauai and bounded as follows: "Beginning at Kahae, at a clump of hau trees, just at the foot of the western ridge of Papaa at corner of Dr. J.W. Smith's land where the hill at mauka end of his land bears North 80 1/2° Westerly and running North 20° 30' East 47 78/100 chains to a pile of stones on the knoll called Puuauau on the boundary of Moloaa xxxxxxxxxx - thence North 62° 30' East 76 chains along the line of Moloaa to a point on the shore 4 [?] chains inland from a marked rock at the base of a rocky promontory known Kalaeomanu down which the line continues to the sea - thence South 64° 30' East 24 chains near to the edge of bank to a point about 600 feet from the point of Uluoma - thence South 27° 15' East 20 chains to a point at top of bank whence [?] Kapukalani on hole in the rock bears South 14° West and Konaenae's South 13° West - thence South 26° 15' and 15 chains to top of bank at Leokulaau at west entrances of Papaa bay, the whole of the makai side of Papaa thus far has been from 0 to 5 or 6 chains from top of the rocky bank, which most of the way slopes off, several chains further to the surf - thence South 3° 15' West 23 24/100 chains to point near the head of bay just inshore of

Kaina east of little bay of Namakaua - thence South 5° 45' West 13 70/100 chains along the beach at head of bay to foot of bank on opposite side - thence South 81° 15' East 4 88/100 chains along the rocks of Haukaukai - thence North 65° 15' East 4 48/100 chains along east side of bay - thence South 84° 15' East 3 chains along the same - thence South 60° East 3 chains along the rocks of Kukauole at east mouth of bay - thence South 36° 30' East 15 10/100 chains to shore just inside of Pohakuahinakae the boundary between this land and Aliomau - thence South 72° West 105 83/100 chains to marked rocks on front of knoll called Akauholua at mauka mountain side of this survey, thence North 48° 45' West 65 chains along the foot of mountain to place of beginning and containing an area of 1046 acres more or less."

Also that portion of the Land called "Moloaa" adjoining the above on the Island of Kauai, which remains unsold and now belonging to the Government and bounded as follows: "Beginning at a pile of stones on the top of a small hill called Puuauau on the boundary between this land and Papaa, and running North 62° 30' East 76 chains makai to a point 4 chains inland from a marked rock at the base of the rocky promontory known as Kalaeomanu (down which the line continues to the sea) - thence North 61° West 8 chains near the top of bank at a distance inland of from ½ chains to 4 or 5 chains - thence South 84° West 10 ½ chains - thence North 55° West 8 chains, 5, 6 and 7 chains inland - thence South 74° 15' West 2 82/100 chains - thence North 39° 30' West 17 chains inland as before - thence North 68° 15' West 10 chains to head of the 2nd ravine east of Moloaa Village - thence North 52° 30' West 12 72/100 chains crossing said ravine diagonally to points among the rocks base at low tide - thence South 41° 30' West 8 chains along a rocky beach - thence South 69° West 10 ½ chains along sandy

beach at head of bay - thence North 50° 30' West 13 chains along the same - thence North 2° West 10 90/100 chains along western shore of bay - thence North 38° 30' East 12 chains along same to a large rock about 1 ½ chains inshore from the rocky wall at the sea - thence North 16° 45' East 3 70/100 chains up a steep hill - thence North 6° 30' West 6 chains from 2 to 7 chains inland to foot of eastern side of the precipice at the western point of the bay - thence North 39° West 4 10/100 chains to range of the precipice of Kuukauikia whence Konaenae bears South 13° East thence North 89° West 6 48/100 chains to boundary of Kaokaanui - thence South 38° West 48 30/100 chains along Kaokaanui - thence South 46° 30' West 15 43/100 chains along the same to corner of Dr. J.W. Smith's land - thence South 49° East 75 chains across Moloaa gulch along said Smith's land to point of beginning and containing an area of 518 7/10 acres more or less." Excepting and reserving all native Kuleanas in the above named lands, also any other portion of them which has been conveyed to other persons or to which they may have a legal claim -- meaning and intending to convey to said Corporation all the rights, title and interests which the Government holds in said lands and no more, subject to the terms and conditions of a Lease for five years held by L. Kamehameha of Hamakuapoko, it being understood that he shall have the right to the House erected by him on the Land. To have and to hold the above described lands together with all and singular the hereditaments and appurtenances thereunto belonging or in any way appertaining also all the rents, issues, and profits thereof and all the rights, title, claim and demand of the Hawaiian Government in the same unto the said Corporation of Oahu College forever. In witness whereof, I have hereunto set my hand and affixed the official seal of the Dept. of Pub. Instruction this thirtieth day of

January 1860.

| | |
|---|---|
| Witness,<br>L. Kamehameha | R. Armstrong<br>Pres. of the Board of Education |

Register Offices, Oahu SS April 3rd 1860    Personally appeared before me this day R. Armstrong and acknowledges that he has executed the foregoing instrument for the uses and purposes therein set forth.

    Thomas Brown, Registrar of Conveyances. Rec'd & Compr'd this 3rd day of April A.D. 1860 at 20 minutes past 11 o'clock a.m.

    Thomas Brown, Registrar of Conveyances