| | |
|---|---|
| JAMES K. TAGUPA | 4857 |
| CHRISTIANE L. NAKEA-TRESLER | 7409 |
| MICHAEL J. MATSUKAWA | 1885 |

Office of the County Attorney
4444 Rice Street, Suite 220
Līhuʻe, Hawaiʻi  96766
Telephone: (808) 241-6315
Fax: (808) 241-6319
E-mail:  jtagupa@kauai.gov
           cntresler@kauai.gov
           kapulu@msn.com

Attorneys for Plaintiff COUNTY OF KAUAʻI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| COUNTY OF KAUAʻI,<br><br>            Plaintiff,<br><br>     vs.<br><br>MANDALAY PROPERTIES HAWAIʻI LLC, a Hawaiʻi Limited Liability Company; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS, CORPORATIONS, AND/OR OTHER ENTITIES 1-100; DOE GOVERNMENTAL AGENCIES 1-100;<br><br>            Defendants.<br>_____<br>MANDALAY PROPERTIES HAWAIʻI LLC,<br><br>     vs. | CIVIL NO. CV05-00052 DAE BMK<br>(Other Civil Action)<br><br>[CONSOLIDATED CASES]<br><br>NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER<br><br><br><br><br><br><br><br><br><br><br>CIVIL NO. 03-00711 DAE-BMK |

| |
|---|
| ISLAND ACCESS COALITION,            )<br>WILLIAM YOUNG, Individually,        )<br>AND DOE DEFENDANTS 1-100,          )<br>                                                       )<br>            Defendants.                     ) |

NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER

Pursuant to LR 83.6, Rules of the United States District Court for the District of Hawaiʻi, County Attorney Lani D. H. Nakazawa, hereby withdraws as lead counsel of record for Plaintiff COUNTY OF KAUAʻI for the reason she is assuming other duties; and

Deputy County Attorneys, James K. Tagupa and Michael J. Matsukawa, remain as counsel of record for Plaintiff COUNTY OF KAUAʻI.

DATED:   Līhuʻe, Hawaiʻi, January 9, 2007.

                                            /s/ Lani D. H. Nakazawa
                                            LANI D. H. NAKAZAWA
                                            Withdrawing Counsel

APPROVED AND SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: January 10, 2007

COUNTY OF KAUAʻI V. MANDALAY PROPERTIES, ET AL.; CV. NO. 05-00052 DAE-BMK & CV. NO. 03-00711 DAE-BMK (CONSOLIDATED); NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER.