| | |
|---|---|
| JAMES K. TAGUPA | 4857 |
| CHRISTIANE L. NAKEA-TRESLER | 7409 |
| MICHAEL J. MATSUKAWA | 1885 |

Office of the County Attorney
4444 Rice Street, Suite 220
Līhu'e, Hawai'i  96766
Telephone: (808) 241-6315
Fax: (808) 241-6319
E-mail:  jtagupa@kauai.gov
       cntresler@kauai.gov
       kapulu@msn.com

Attorneys for Plaintiff COUNTY OF KAUA'I


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I


| | |
|---|---|
| COUNTY OF KAUA'I, | CIVIL NO. CV05-00052 DAE BMK |
| | (Other Civil Action) |
| Plaintiff, | |
| | [CONSOLIDATED CASES] |
| vs. | |
| | |
| MANDALAY PROPERTIES HAWAI'I LLC, a Hawai'i Limited Liability Company; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS, CORPORATIONS, AND/OR OTHER ENTITIES 1-100; DOE GOVERNMENTAL AGENCIES 1-100; | CERTIFICATE OF SERVICE |
| | |
| | [RE: NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER] |
| Defendants. | |

| | |
|---|---|
| MANDALAY PROPERTIES ) | CIVIL NO. 03-00711 JMS BMK |
| HAWAIʻI LLC, ) | |
| ) | |
| vs. ) | |
| ) | |
| ISLAND ACCESS COALITION, ) | |
| WILLIAM YOUNG, Individually, ) | |
| AND DOE DEFENDANTS 1-100, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of **NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER**, were duly served upon the following persons by mailing said copies, postage prepaid, first class (M), hand-delivery (HD) and/or electronically through CM/ECF (ECF), on January 10, 2007, addressed as set forth below:

    PAUL ALSTON, ESQ.    (ECF)
    PETER S. KNAPMAN, ESQ.
    MEI-FEI KUO, ESQ.
    ALSTON HUNT FLOYD & ING
    18th Floor, American Savings Bank Tower
    1001 Bishop Street
    Honolulu, Hawaiʻi 96813

    TOM C. LEUTENEKER, ESQ.    (M)
    CARLSMITH BALL LLP
    One Main Plaza, Suite 400
    2200 Main Street, P.O. Box 1086
    Wailuku, Maui, Hawaiʻi 96793-1086

Attorneys for Defendant
MANDALAY PROPERTIES HAWAI‘I LLC


COUNTY OF KAUA‘I                                          (HD)
c/o JAMES K. TAGUPA, ESQ.
Office of the County Attorney
4444 Rice Street, Suite 220
Līhu‘e, Hawai‘i  96766

Clients

DATED:  Līhu‘e, Hawai‘i, January 10, 2007.


                                        /s/ Lani D. H. Nakazawa
                                  LANI D. H. NAKAZAWA
                                  Withdrawing Counsel