Of Counsel:

PAUL ALSTON                1126-0
NEIL F. HULBERT            1143-0
MEI-FEI KUO                 7377-0
ALSTON HUNT FLOYD & ING
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
E-Mail: palston@ahfi.com

TOM C. LEUTENEKER        732-0
CARLSMITH BALL LLP
One Main Plaza, Suite 400
2200 Main Street, P.O. Box 1086
Wailuku, Maui, Hawai`i 96793-1086
Tel. No.:     (808) 242-4535
Fax No.:     (808) 244-4974
E-mail: tcl@carlsmith.com

Attorneys for Plaintiff
        MANDALAY PROPERTIES
        HAWAII LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| COUNTY OF KAUA`I, | ) | CIV NO. CV05-00052 KSC |
| | ) | (Other Civil Action) |
| Plaintiff, | ) | |
| | ) | [CONSOLIDATED CASES] |
| v. | ) | |
| | ) | **STIPULATED DISMISSAL OF** |
| MANDALAY PROPERTIES HAWAI`I | ) | **ALL CLAIMS BY PLAINTIFF** |
| LLC, a Hawai`I limited liability | ) | **MANDALAY PROPERTIES** |
| company; JOHN DOES 1-100; JANE | ) | **HAWAI'I LLC AGAINST** |
| DOES 1-100; DOE PARTNERSHIPS, | ) | **DEFENDANT WILLIAM YOUNG** |
| CORPORATIONS AND/OR OTHER | ) | **WITH PREJUDICE** |

633955 v 2 / 6043-2

ENTITIES 1-100; DOE )
GOVERNMENTAL AGENCIES 1-100, )
                                      )
                Defendants. )
_____ )
                                        )
MANDALAY PROPERTIES HAWAII )
LLC, )
                                        )     CIVIL NO. 03-00711 BMK-DAE
            Plaintiff, )
                                        )
        vs. )
                                        )
ISLAND ACCESS COALITION, )
WILLIAM YOUNG, individually, and )
DOE DEFENDANTS 1-100, )
                                        )
              Defendants. )
_____ )
                                        )     Trial Date: May 1, 2007
                                        )

## STIPULATED DISMISSAL OF ALL CLAIMS BY PLAINTIFF MANDALAY PROPERTIES HAWAIʻI LLC AGAINST DEFENDANT WILLIAM YOUNG WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1) and Local Rule 41.1 of the

Rules of the United States District Court for the District of Hawaiʻi, it is hereby

stipulated by the undersigned counsel representing Plaintiff MANDALAY

PROPERTIES HAWAII LLC ("Mandalay") and Defendant WILLIAM YOUNG

("Young") in Civil No. 03-00711[1] that all claims against Defendant Young by

_____

[1]      This action has been consolidated with Civil No. 05-00052, which is an action between the County of Kauaʻi and Mandalay, by an order issued by the

Plaintiff Mandalay in this action are dismissed with prejudice.

        Dated:  Honolulu, Hawai'i, _____.


              /s/ Mei Fei Kuo_____
              PAUL ALSTON
              NEIL F. HULBERT
              MEI-FEI KUO
              TOM C. LEUTENEKER
              Attorneys for Plaintiff
                    MANDALAY PROPERTIES
                    HAWAII LLC


              /s/ Pamela W. Bunn_____
              SHERYL L. NICHOLSON
              PAMELA W. BUNN
              Attorneys for Defendant
                    WILLIAM YOUNG


APPROVED AND SO ORDERED:
DATED: Honolulu, Hawaii, January 16, 2007.



                        _____
                        David Alan Ezra
                        United States District Judge

_____

Court on July 18, 2006.